UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BOBBY JONES, )<br>)<br>        Plaintiff )<br>)<br>vs. )<br>)<br>ARUZA PEST CONTROL, )<br>)<br>)<br>)<br>)<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-641-D-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** the court GRANTS defendant's motion to dismiss [D.E. 9] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on June 5, 2024, and copies to:

| | |
|---|---|
| Katie Weaver Hartzog | (via CM/ECF electronic notification) |
| Daniel N. Mullins | (via CM/ECF electronic notification) |
| Bobby Jones | (Sent to 900 E. Six Forks Road, Apt 146, Raleigh, NC 27604 via US Mail) |

June 5, 2024

                          PETER A. MOORE, JR.
                          Clerk of Court

                By: /s/ Debra Reznick
                        Deputy Clerk